# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>JOWANIKA COVINGTON,<br><br>Defendant. | CASE NO.: 21CR1610-JLS<br><br>ORDER TO CONTINUE MOTION HEARING AND TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Ms. Covington's motion hearing and trial setting be continued from August 20, 2021 to October 1, 2021, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date within one week of this Order.

It is further ordered that time be excluded under the Speedy Trial Act due to pending motions. See, 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated: August 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge