UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> PLAINTIFF, <br> V. <br> JOWANIKA COVINGTON, <br> Defendant. | CASE NO.:  21CR1610-JLS <br><br> ORDER TO CONTINUE MOTION HEARING AND TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Ms. Covington's motion hearing and trial setting be continued from October 1, 2021 to November 4, 2021, at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by October 8, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  September 29, 2021

Hon. Janis L. Sammartino
United States District Judge