**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-01610-JLS |
| Plaintiff, | |
| v. | **ORDER ON THE JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| JOWANIKA RENEE COVINGTON, | |
| Defendant. | |

This matter comes before the Court upon the joint application of the parties to continue the motion hearing/trial setting and to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161. Based on the application, the Court makes the following findings:

The Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial, to allow on-going discovery to be produced and reviewed by the parties.

IT IS ORDERED that the motion to continue is granted. The motion hearing shall be continued from November 8, 2021 to December 10, 2021, at 1:30 p.m. The defendant shall sign and file an acknowledgement of the new court date by November 12, 2021.

//
//
//
//
//

IT IS FURTHER ORDERED that the period of delay from November 8, 2021, until December 10, 2021, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated:  November 3, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge