UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOWANIKA COVINGTON,<br><br>   Defendant. | CASE NO.:   21-CR-1610-JLS<br><br>Hon. Janis L. Sammartino<br>Courtroom 4D<br><br>ORDER DENYING WITHOUT PREJUDICE MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
|---|---|

The parties jointly move to continue the Motion Hearing/Trial Setting in this matter from December 10, 2021 to January 21, 2022. However, under the Speedy Trial Act, the maximum trial date in this matter is January 15, 2022 and the joint motion fails to set forth a valid basis for the exclusion of time. A discovery motion has been pending since July, 2021, a time period likely excessive to warrant exclusion under 18 U.S.C. § 3161(h)(1)(D), and the parties fail to set forth any facts from which the Court could conclude that the delay is in the interest of justice. *See e.g. United States v. Aviles-Alvarez,* 868 F.2d 1108, 1112 (9th Cir. 1989) ("a continuance based on proper findings will not result in excludable delay unless the court sets forth … its reasons for finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial"). Accordingly, the motion to continue the Motion Hearing/Trial Setting is **Denied without prejudice**.

IT IS SO ORDERED.

Dated:  December 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge