UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21-CR-01610-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| JOWANIKA RENEE COVINGTON, | |
| Defendant. | |

IT IS ORDERED that the motion to continue is granted. The motion hearing shall be continued from January 14, 2022 to February 18, 2022, at 1:30 p.m. The defendant shall sign and file an acknowledgement of the new court date by January 28, 2022.

IS FURTHER ORDERED that the period of delay from January 14, 2022 until February 18, 2022, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: January 12, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge