# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### HON. JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOWANIKA RENEE COVINGTON<br>Defendant. | CASE NO.:   21-CR-1610-JLS<br>Hon. Janis L. Sammartino<br><br>ORDER TO CONTINUE<br>MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for February 18, 2021 at 1:30 p.m. be rescheduled to **Friday, March 18. 2022, at 1:30 p.m.**  Defendant shall file an acknowledgment of the new hearing date by March 4, 2022.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  February 16, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge